# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143183

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DONALD McCOLE and DEBRA McCOLE,
     Plaintiffs-Appellants,

v

                                       SC: 143183
                                       COA: 294362
                                       Ingham CC: 07-001065-NO

INDUSTRIAL FINISHING TECHNOLOGIES,
INC., STEVEN MAURER, DETROIT
INDUSTRIAL SYSTEMS, INC., and
INDUSTRIAL COATING EQUIPMENT, INC.,
          Defendants,
and

DEMMER CORPORATION,
          Defendant-Appellee.

_____/

     On order of the Court, the application for leave to appeal the April 28, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

t0919